## Commonwealth v. Everett, Appellant.

Submitted September 23, 1970. *James R. Humer*, Public Defender, for appellant; *Harold E. Sheely*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Ferguson, Appellant.

Argued September 17, 1970. *Thomas C. Carroll*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.